DLD-231                                                                                          **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2104
_____

IN RE: EVARISTO SERRANO VARGAS,
Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 3-17-cv-00801)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
June 7, 2018
Before:  JORDAN, SHWARTZ and KRAUSE, Circuit Judges

(Opinion filed: June 12, 2018)
_____

OPINION*
_____

PER CURIAM

Evaristo Serrano Vargas filed a petition for writ of mandamus requesting that we

direct the District Court to rule on a petition that he had filed pursuant to 28 U.S.C. §

2241.  The District Court has since ruled on Serrano Vargas's § 2241 petition.  In light of

the District Court's action, the question Serrano Vargas presented is no longer a live

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

controversy, so we will dismiss his mandamus petition as moot.  See, e.g., Lusardi v.

Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).